UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JAMES KOHUTE,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER MCKELL, et al.,<br><br>  Defendants. | Case No. 25-cv-08029 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner at the Smith County Jail Facility ("Jail") in Tyler, Texas, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against "Smith County Jailers," which include officers who work at the Jail. Dkt. No. 1. Plaintiff alleges that a female officer at the Jail violated his privacy, among other allegations. *Id.* at 2-3. Because the acts complained of occurred in Smith County, which lies within the venue of the Eastern District of Texas, *see* 28 U.S.C. § 124(c)(1), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of Texas. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of Texas.

**IT IS SO ORDERED.**

DATED: September 24, 2025

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2025\08029Kohute_transfer(TX)