UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00386

**Kevin James Kohute,**
*Plaintiff,*

v.

**Officer McKell et al.,**
*Defendants.*

# ORDER

Plaintiff, an inmate of the Smith County jail proceeding pro se, filed this civil rights lawsuit without paying the filing fee in the U.S. District Court for the Northern District of California. Doc. 1. The case was transferred to this court for proper venue (Doc. 5) and referred to a magistrate judge.

The magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed without prejudice as barred by sanctions previously imposed by this court. Doc. 7 at 2. Those sanctions prohibit him from filing any lawsuit without representation by a licensed attorney and full prepayment of the filing fee. *Id.* at 1–2. The report also recommended that the court assess the full $405.00 filing fee against plaintiff. *Id.* at 2. Plaintiff did not file written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed without prejudice as barred by the sanction this court imposed in *Kohute v. National Rifle Association*, No. 6:24-cv-00475 (E.D. Tex. Jan. 29, 2025), Doc. 6. Furthermore, plaintiff is ordered to pay the full $405.00 filing fee in a manner to be ordered by the magistrate judge. Any pending motions are denied as moot.

- 2 -

*So ordered by the court on January 16, 2026.*

J. CAMPBELL BARKER
United States District Judge